HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL J. COLLINS,

        Plaintiff,

v.

STATE OF WASHINGTON,

        Defendant.

Case No. C10-5247RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Reconsideration [Dkt. #4]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Although plaintiff cites to Fed. R. App. P. 4(a)(4)(iv), Fed. R. Civ. P. 8(a)(1) and Fed. R. Civ. P. 60(a), this motion is more appropriately considered as a motion for reconsideration under Fed. R. Civ. P. 60(b). Under CR 7(h), Local Rules W.D. Wash., motions for reconsideration are disfavored and will ordinarily not be considered unless the movant shows manifest error or shows new facts or legal authority that could not have been presented earlier with reasonable diligence. That standard has not been met here. The Court had before it all the information plaintiff presented and the ruling was not in error.

Plaintiff's Motion for Reconsideration [Dkt. #4] is **DENIED**. The Court will accept no further filings other than a Notice of Appeal to the Ninth Circuit Court of Appeals in this closed case.

**IT IS SO ORDERED.**

ORDER
Page - 1

Case 3:10-cv-05247-RBL   Document 5   Filed 05/27/10   Page 2 of 2

1  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party
2 appearing pro se.
3  Dated this 27th day of May, 2010.

    _____
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

ORDER
Page - 2