HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL J. COLLINS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT;<br>STATE OF WASHINGTON,<br><br>    Defendants. | Case No. C10-5247RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal. [Dkt. #8]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal is **GRANTED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 1st day of July, 2010.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1